IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RAQUEL RUTH MORENO § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 7:19-cv-176 |
| § | |
| BLUESTONE ASSET MANAGEMENT, § | |
| LLC, RAYBEC CROSSING COURT, LLC, § | JURY DEMANDED |
| AND RAYBEC CROSSING NORTH, LLC § | |
| Defendants § | |

**DEFENDANT'S NOTICE OF REMOVAL – INDEX OF MATTERS BEING FILED**

**DEFENDANT BLUESTONE ASSET MANGEMENT, LLC** provides this index of matters being filed together with the documents and information required by

28 U.S.C. § 1446(a):

Exhibit A:   Index of matters being filed. 7:19-cv-176

Exhibit B:   All executed process, all pleadings asserting causes of action, all answers to such pleadings, all orders signed by the state judge and the docket sheet.

Exhibit C:   A list of all counsel of records, including addresses, telephone numbers and parties represented.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas   78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY:   */s/ John A. Guerra*
          JOHN A. GUERRA
          State Bar No. 08576180
          Southern District Federal Bar No. 18579
          Email: jguerra@brock.law

**ATTORNEYS FOR DEFENDANT**
**BLUESTONE ASSET MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of May, 2019, I electronically filed ***Defendant's Notice of Removal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ricardo A. Rodriguez<br>Attorney at Law<br>7001 N. 10th St., Suite 302<br>McAllen, Texas 78504 | Fax No. 956/686-5350<br>Email: rardzp@gmail.com |

*/s/ John A. Guerra*
JOHN A. GUERRA