# REGISTER OF ACTIONS
## CASE NO. C-1682-19-H

| | | | |
|---|---|---|---|
| Raquel Ruth Moreno VS. Bluestone Asset Management, LLC, Raybec Crossing Court, LLC, Raybec Crossing North, LLC | §<br>§<br>§<br>§<br>§ | Case Type:<br>Date Filed:<br>Location: | Injury or Damage - Other (OCA)<br>04/15/2019<br>389th District Court |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| Defendant | **Bluestone Asset Management, LLC** | | **Attorneys**<br>**Thomas A. Crosley**<br>*Retained*<br>210-354-4500(W)<br><br>**JOHN A. GUERRA**<br>*Retained*<br>210-979-0100(W) |
| Defendant | **Raybec Crossing Court, LLC** | | |
| Defendant | **Raybec Crossing North, LLC** | | |
| Plaintiff | **Moreno, Raquel Ruth** | | **RICARDO A. RODRIGUEZ**<br>*Retained*<br>956-686-5336(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 04/15/2019 | Original Petition (OCA) | | |
| 04/15/2019 | Request for Service | | |
| 04/15/2019 | Citation By Certified Mail | | |
| | Bluestone Asset Management, LLC | Served<br>Returned | 04/19/2019<br>04/19/2019 |
| 04/15/2019 | Citation Issued | | |
| 05/07/2019 | Request for Service | | |
| 05/07/2019 | Citation By Certified Mail | | |
| | Raybec Crossing Court, LLC<br>Raybec Crossing North, LLC | Unserved<br>Unserved | |
| 05/07/2019 | Citation Issued | | |
| 05/10/2019 | Defendant's Original Answer | | |
| 05/10/2019 | Jury Demand | | |
| 05/14/2019 | Request | | |
| | FOR CERTIFIED COPIES | | |
| 08/15/2019 | Tickler  (6:00 PM) (Judicial Officer Lopez, Letty) | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant Bluestone Asset Management, LLC**<br>Total Financial Assessment<br>Total Payments and Credits<br>Balance Due as of 05/20/2019 | | | 67.00<br>67.00<br>0.00 |
| 05/13/2019 | Transaction Assessment | | | 42.00 |
| 05/13/2019 | EFile Payments from TexFile | Receipt # DC-2019-037470 | Bluestone Asset Management, LLC | (42.00) |
| 05/14/2019 | Transaction Assessment | | | 25.00 |
| 05/14/2019 | EFile Payments from TexFile | Receipt # DC-2019-038133 | Bluestone Asset Management, LLC | (25.00) |
| | | | | |
| | **Plaintiff Moreno, Raquel Ruth**<br>Total Financial Assessment<br>Total Payments and Credits<br>Balance Due as of 05/20/2019 | | | 618.00<br>618.00<br>0.00 |
| 04/15/2019 | Transaction Assessment | | | 299.00 |
| 04/15/2019 | EFile Payments from TexFile | Receipt # DC-2019-029832 | Moreno, Raquel Ruth | (299.00) |

| | | | | |
|---|---|---|---|---|
| 04/15/2019 | Transaction Assessment | | | 107.00 |
| 04/15/2019 | EFile Payments from TexFile | Receipt # DC-2019-029847 | Moreno, Raquel Ruth | (107.00) |
| 05/07/2019 | Transaction Assessment | | | 212.00 |
| 05/07/2019 | EFile Payments from TexFile | Receipt # DC-2019-035971 | Moreno, Raquel Ruth | (212.00) |

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

## NO. C-1682-19-H _____

| | | |
|---|---|---|
| RAQUEL RUTH MORENO<br>Plaintiff, | § <br> § <br> § | IN THE DISTRICT COURT, LLC |
| V. | § <br> § | _____ JUDICIAL DISTRICT |
| BLUESTONE ASSET MANAGEMENT,<br>LLC,  RAYBEC CROSSING, COURT,<br>LLC AND RAYBEC CROSSING NORTH,<br>LLC | § <br> § <br> § <br> § | |
| Defendants. | § | OF HIDALGO COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Raquel Ruth Moreno, hereinafter called "Plaintiff", complaining of and about Bluestone Asset Management, LLC, Raybec Crossing Court, LLC, and Raybec Crossing North, LLC, jointly and severally hereinafter called "Defendants", and for cause of action would show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff affirmatively pleads that she seeks only monetary relief aggregating $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees, and intends that discovery be conducted under Discovery Level 1.

### PARTIES AND SERVICE

2.      Plaintiff is an Individual whose address is 102 N. Palmas St., Weslaco, Texas 78596.

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

3.  The last three numbers of Plaintiff's driver's license number are 564.

4.  Defendant Bluestone Asset Management, LLC, a Nonresident Limited Liability Company, has conducted business in the State of Texas.  This action arises out of the business of said Defendant in this state.  Defendant Bluestone Asset Management, LLC is not required by statute to designate or maintain a registered agent for service of process in the State of Texas.  Service of process pursuant to Section 17.043 of the Texas Civil Practice and Remedies Code may therefore be effected by serving the person in charge of the business of said Defendant, Norman Litz, a citation *directed to said Defendant*, at the following address:  7855 Gross Point Rd. UT F, Skokie, IL 60077.    Service of said Defendant as described above can be effected by certified mail, return receipt requested.

5.  Defendant Raybec Crossing Court, LLC, a Nonresident Limited Liability Company, has conducted business in the State of Texas.  This action arises out of the business of said Defendant in this state.  Defendant Raybec Crossing Court, LLC is not required by statute to designate or maintain a registered agent for service of process in the State of Texas.  Service of process pursuant to Section 17.043 of the Texas Civil Practice and Remedies Code may therefore be effected by serving the person in charge of the business of said Defendant, a citation *directed to said Defendant*, at the following address:  7855 Gross Point Rd. UT F, Skokie, IL 60077.   Service of said Defendant as described above can be effected by certified mail, return receipt requested.

6.  Defendant Raybec Crossing North, LLC, a Nonresident Limited

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

Liability Company, has conducted business in the State of Texas. This action arises out of the business of said Defendant in this state. Defendant Raybec Crossing North, LLC is not required by statute to designate or maintain a registered agent for service of process in the State of Texas. Service of process pursuant to Section 17.043 of the Texas Civil Practice and Remedies Code may therefore be effected by serving the person in charge of the business of said Defendant, a citation *directed to said Defendant*, at the following address: 7855 Gross Point Rd. UT F, Skokie, IL 60077. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

7.     The subject matter in controversy is within the jurisdictional limits of this Court.

8.     Plaintiff seeks:

a.     only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

9.     This Court has jurisdiction over Defendant Bluestone Asset Management, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Bluestone Asset Management, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

10.    Plaintiff would show that Defendant Bluestone Asset Management, LLC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

11.    This Court has jurisdiction over Defendant Raybec Crossing Court, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Raybec Crossing Court, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

12.    Plaintiff would show that Defendant Raybec Crossing Court, LLC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

13.    This Court has jurisdiction over Defendant Raybec Crossing North, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Raybec Crossing North, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

14.    Plaintiff would show that Defendant Raybec Crossing North, LLC had continuous and systematic contacts with the state of Texas sufficient to establish

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

general jurisdiction over said Defendant.

15.    Venue in Hidalgo County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

16.    At all times material hereto, Defendant Bluestone Asset Management, LLC was the possessor of the property in question and either owned, managed, occupied or maintained the premises located at 1401 W. Dove Ave., McAllen, Texas 78504 (the "Premises or Property").

17.    At all times material hereto, Defendant Raybec Crossing Court, LLC was the possessor of the Property in question and either owned, occupied or maintained the Premises.

18.    At all times material hereto, Defendant Raybec Crossing North, LLC was the possessor of the Property in question and either owned, occupied or maintained the Premises.

19.    Raquel Ruth Moreno leased one apartment at the Property as a tenant under a lease agreement.    Accordingly, she was an invitee to the common areas of the Premises.

20.    During the time that Raquel Ruth Moreno was upon Defendants' Property, Raquel Ruth Moreno was seriously injured as a result of a dangerous condition in that she was walking in the stairs to enter Plaintiff's apartment when

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-1682-19-H

she slipped and fall landing on her right knee.

21. Raquel Ruth Moreno's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous condition described above, which Defendants knew or, in the exercise of ordinary care, should have known existed.

### LIABILITY OF DEFENDANT BLUESTONE ASSET MANAGEMENT, LLC

22. At all times mentioned herein, Defendant Bluestone Asset Management, LLC was engaged in the management of properties and specifically was engaged in the management of the Property.

23. At all times mentioned herein, Defendant Bluestone Asset Management, LLC had such control over the Premises that Defendant Bluestone Asset Management, LLC owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

24. Defendant Bluestone Asset Management, LLC, Defendant's agents, servants, and employees negligently permitted the stairs to become slippery and in bad condition; negligently or willfully allowed such conditions to continue; and negligently or willfully failed to warn Plaintiff of the conditions of the stairs and its floor. Such conditions existed despite the fact that Defendant Bluestone Asset Management, LLC or Defendant's agents knew or should have known of the existence of the aforementioned conditions and that there was likelihood of a person being injured as occurred to Plaintiff.

25. Furthermore, Plaintiff would show the Court that the conditions of the

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

stair had continued for such period that, had Defendant Bluestone Asset Management, LLC or Defendant's agents exercised ordinary care in the inspection and maintenance of the stairs and its floor surface area, it would have been noticed and corrected by such persons.

26.    At all times pertinent herein, Defendant Bluestone Asset Management, LLC, and any of Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

      A.    failing to properly inspect and maintain the stairs area in question to discover the dangerous condition;

      B.    failing to maintain the stairs in a reasonably safe condition;

      C.    failing to give adequate and understandable warnings to Plaintiff of the unsafe conditions of the stairs; and

      D.    failing to give warnings to Plaintiff of the unsafe conditions.

### LIABILITY OF DEFENDANT RAYBEC CROSSING COURT, LLC

27.    At all times mentioned herein, Defendant Raybec Crossing Court, LLC owned the Property.

28.    At all times mentioned herein, Defendant Raybec Crossing Court, LLC had such control over the premises that Defendant Raybec Crossing Court, LLC owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

29.    Defendant Raybec Crossing Court, LLC, Defendant's agents, servants, and employees negligently permitted the stairs to become slippery and in bad condition negligently or willfully allowed such conditions to continue and

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

negligently or willfully failed to warn Plaintiff of the conditions of the stairs and its floor. Such conditions existed despite the fact that Defendant Raybec Crossing Court, LLC or Defendant's agents knew or should have known of the existence of the aforementioned conditions and that there was likelihood of a person being injured as occurred to Plaintiff.

30.     Furthermore, Plaintiff would show the Court that the condition of the stairs had continued for such period that, had Defendant Raybec Crossing Court, LLC or Defendant's agents exercised ordinary care in the inspection and maintenance of the stairs and its floor surface area, it would have been noticed and corrected by such persons.

31.     At all times pertinent herein, Defendant Raybec Crossing Court, LLC, and any of Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

> A.     failing to properly inspect and maintain the stairs area in question to discover the dangerous condition;
>
> B.     failing to maintain the stairs in a reasonably safe condition;
>
> C.     failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the stairs; and
>
> D.     failing to give warnings to Plaintiff of the unsafe condition.

### LIABILITY OF DEFENDANT RAYBEC CROSSING NORTH, LLC

32.     At all times mentioned herein, Defendant Raybec Crossing North, LLC owned the Property.

33.     At all times mentioned herein, Defendant Raybec Crossing North, LLC

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

had such control over the premises that Defendant Raybec Crossing North, LLC owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

34.    Defendant Raybec Crossing North, LLC, Defendant's agents, servants, and employees negligently permitted the stairs to become slippery and in bad condition negligently or willfully allowed such conditions to continue and negligently or willfully failed to warn Plaintiff of the conditions of the stairs and its floor. Such conditions existed despite the fact that Defendant Raybec Crossing North, LLC or Defendant's agents knew or should have known of the existence of the aforementioned conditions and that there was likelihood of a person being injured as occurred to Plaintiff.

35.    Furthermore, Plaintiff would show the Court that the condition of the stairs had continued for such period that, had Defendant Raybec Crossing North, LLC or Defendant's agents exercised ordinary care in the inspection and maintenance of the stairs and its floor surface area, it would have been noticed and corrected by such persons.

36.    At all times pertinent herein, Defendant Raybec Crossing North, LLC, and any of Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

> A.    failing to properly inspect and maintain the stairs area in question to discover the dangerous condition;
>
> B.    failing to maintain the stairs in a reasonably safe condition;
>
> C.    failing to give adequate and understandable warnings to

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

Plaintiff of the unsafe condition of the stairs; and

D.    failing to give warnings to Plaintiff of the unsafe condition.

## PROXIMATE CAUSE

37.    Each and every, all and singular of the foregoing acts and omissions, on the part of Defendants, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## EXEMPLARY DAMAGES

38.    Defendants', jointly and severally, acts or omissions described above, when viewed from the standpoint of Defendants, at the time of the acts or omissions, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendants had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference and disregard to the rights, safety, or welfare of Plaintiff and others.

39.    Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendants.

## DAMAGES TO PLAINTIFF

40.    As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendants' acts as described herein, Plaintiff was caused to suffer bodily injuries, and to endure anxiety, pain, and illness resulting in damages more fully set forth below:

A.    Reasonable medical care and expenses in the past. These

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas, unliquidated;

B.   Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future, unliquidated;

C.   Physical pain and suffering in the past, unliquidated;

D.   Mental anguish in the past, unliquidated;

E.   Physical pain and suffering in the future, unliquidated;

F.   Mental anguish in the future, unliquidated;

G.   Fear of future disease or condition, unliquidated; and

H.   Cost of medical monitoring and prevention in the future, unliquidated.

41.   By reason of the above, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Raquel Ruth Moreno, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of Court; and such other and further

Electronically Filed
4/15/2019 11:11 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1682-19-H**

relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

s/ *Ricardo A Rdz*

Ricardo A. Rodriguez
Texas Bar No. 00788305
7001 N. 10th St., Suite 302
McAllen, TX  78504
Tel. (956) 686-5336
Fax. (956) 686-5350
Email rardzp@gmail.com
Attorney for Plaintiff
Raquel Ruth Moreno

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

Electronically Filed
4/15/2019 12:03 PM
Hidalgo County District Clerks
Reviewed By: Rachel Bueno

**RICARDO A. RODRIGUEZ**
ATTORNEY AT LAW
7001 N. 10th ST. Suite 302
McAllen, TX 78504
Tel: 956/686-5336     Fax: 956/686-5350
Mob: 956/458-4310
rardzp@gmail.com

April 15, 2019.

Clerk
389th District Court
Hidalgo County Courthouse
100 N. Closner
Edinburg, Texas 78539


This Request is made by Raquel Ruth Moreno, Plaintiff, Cause No. C-1682-19-H in accordance to TRCP 99, who requests the Clerk to issue:

1.  Citation with notice of sue to be served by certified mail, return receipt request, on Defendant, Norman Litz, Bluestone Asset Management, LLC, 7855 Gross Point Rd. UT F, Skokie, IL 60077.


Respectfully submitted,


/s/ *Ricardo A. Rodriguez*
Ricardo A. Rodriguez
State Bar No. 00788305
rardzp@gmail.com
Attorney for Plaintiff

Electronically Filed
4/15/2019 12:40 PM
Hidalgo County District Clerks
Reviewed By: Rachel Bueno



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued.  Please proceed in attaching any file stamped documents that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification.  Please ensure you are printing the service which includes our clerk's signature and the State Seal. If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

* When serving protective orders, please DO NOT serve the TCIC form to respondent.

We appreciate the opportunity to assist you.  Please contact our office if you have any questions or require additional information.


Sincerely,

Laura Hinojosa
Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION AND PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET AND PROCUREMENT OFFICER | CHIEF OF APPEALS |

## C-1682-19-H
### 389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

---

### CITATION

---

### THE STATE TEXAS

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**Bluestone Asset Management, LLC**
**C/O NORMAN LITZ**
**7855 GROSS POINT RD. UTF**
**SKOKIE, IL 60077**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 389th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 15th day of April, 2019 and a copy of same accompanies this citation.    The file number and style of said suit being, **C-1682-19-H, RAQUEL RUTH MORENO VS. BLUESTONE ASSET MANAGEMENT, LLC, RAYBEC CROSSING COURT, LLC, RAYBEC CROSSING NORTH, LLC**

Said Petition was filed in said court by Attorney RICARDO A. RODRIGUEZ, 7001 NORTH 10TH STREET STE 3  McALLEN TX  78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 15th day of April, 2019.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**RACHEL BUENO DEPUTY CLERK**

CERTIFIED MAIL  9214 8901 0661 5400 0137 1541 08

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 15th day of April, 2019 I, Rachel Bueno, Deputy Clerk of the 389th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1682-19-H, Raquel Ruth Moreno  VS.  Bluestone Asset Management, LLC, Raybec Crossing Court, LLC, Raybec Crossing North, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 15th day of April, 2019.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

*Rachel Bueno*
**RACHEL BUENO, DEPUTY CLERK**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**



LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX 78540-0087

RETURN RECEIPT (ELECTRONIC)



9214 8901 0661 5400 0137 1541 08

C-1682-19-H

BLUESTONE ASSET MANAGEMENT, LLC
C/O NORMAN LITZ
7855 GROSS POINT RD. UTF
SKOKIE, IL  60077

RETURN SERVICE
REQUESTED

-------------------------------------------------------------------------------

CUT / FOLD HERE

Zone 6

-------------------------------------------------------------------------------

6"X9" ENVELOPE
CUT / FOLD HERE

-------------------------------------------------------------------------------

CUT / FOLD HERE

Electronically Filed
5/7/2019 9:57 AM
Hidalgo County District Clerks
Reviewed By: Rachel Bueno

**RICARDO A. RODRIGUEZ**
ATTORNEY AT LAW
7001 N. 10th ST. Suite 302
McAllen, TX 78504
Tel: 956/686-5336    Fax: 956/686-5350
Mob: 956/458-4310
rardzp@gmail.com

May 1, 2019.

Clerk
389th District Court
Hidalgo County Courthouse
100 N. Closner
Edinburg, Texas 78539

This Request is made by Raquel Ruth Moreno, Plaintiff, Cause No. C-1682-19-H in accordance to TRCP 99, who requests the Clerk to issue:

1. Citation with notice of sue to be served by certified mail, return receipt request, on Defendant, Raybec Crossing Court, LLC, 7855 Gross Point Rd. UT F, Skokie, IL 60077; and

2. Citation with notice of sue to be served by certified mail, return receipt request, on Defendant, Raybec Crossing North, LLC, 7855 Gross Point Rd. UT F, Skokie, IL 60077

Respectfully submitted,

/s/ Ricardo A. Rodriguez

Ricardo A. Rodriguez
State Bar No. 00788305
rardzp@gmail.com
Attorney for Plaintiff

Electronically Filed
5/7/2019 11:47 AM
Hidalgo County District Clerks
Reviewed By: Rachel Bueno



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued.  Please proceed in attaching any file stamped documents that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification.  Please ensure you are printing the service which includes our clerk's signature and the State Seal. If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

* When serving protective orders, please DO NOT serve the TCIC form to respondent.

We appreciate the opportunity to assist you.  Please contact our office if you have any questions or require additional information.


Sincerely,

Laura Hinojosa
Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

Nilda Palacios        Ricardo Contreras        Adriana "Audry" Garcia        Sabrina S. Guerra        Oneida Lamas        Stephanie Palacios        Aida Villarreal
CHIEF DEPUTY        CHIEF OF ADMINISTRATION        ASSISTANT CHIEF DEPUTY        SENIOR ACCOUNTANT        DEPUTY DISTRICT CLERK SUPERVISOR        BUDGET AND PROCUREMENT        CHIEF OF APPEALS
                     AND PUBLIC INFORMATION                                                                                                 OFFICER

### C-1682-19-H
### 389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION

### THE STATE TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**Raybec Crossing North, LLC**
**7855 GROSS POINT RD. UT F**
**SKOKIE, IL 60077**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 389th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 15th day of April, 2019 and a copy of same accompanies this citation.  The file number and style of said suit being, **C-1682-19-H, RAQUEL RUTH MORENO  VS.  BLUESTONE ASSET MANAGEMENT, LLC, RAYBEC CROSSING COURT, LLC, RAYBEC CROSSING NORTH, LLC**

Said Petition was filed in said court by Attorney RICARDO A. RODRIGUEZ, 7001 NORTH 10TH STREET STE 3  McALLEN TX  78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 7th day of May, 2019.


**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**RACHEL BUENO DEPUTY CLERK**

**CERTIFIED MAIL  92148901066154000137932669**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 7th day of May, 2019 I, Rachel Bueno, Deputy Clerk of the 389th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1682-19-H, Raquel Ruth Moreno  VS.  Bluestone Asset Management, LLC, Raybec Crossing Court, LLC, Raybec Crossing North, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT,** at office in Edinburg, Texas on this the 7th day of May, 2019.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

*Rachel Bueno*
**RACHEL BUENO, DEPUTY CLERK**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My   name   is   _____,   my   date   of   birth   is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

**C-1682-19-H**
**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

---

**CITATION**

---

**THE STATE TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**Raybec Crossing Court, LLC**
**7855 GROSS POINT RD. UT F**
**SKOKIE, IL 60077**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 389th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 15th day of April, 2019 and a copy of same accompanies this citation.  The file number and style of said suit being, **C-1682-19-H, RAQUEL RUTH MORENO VS. BLUESTONE ASSET MANAGEMENT, LLC, RAYBEC CROSSING COURT, LLC, RAYBEC CROSSING NORTH, LLC**

Said Petition was filed in said court by Attorney RICARDO A. RODRIGUEZ, 7001 NORTH 10TH STREET STE 3 McALLEN TX 78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 7th day of May, 2019.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**RACHEL BUENO DEPUTY CLERK**

**CERTIFIED MAIL  92148901066154000137932645**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 7th day of May, 2019 I, Rachel Bueno, Deputy Clerk of the 389th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1682-19-H, Raquel Ruth Moreno  VS.  Bluestone Asset Management, LLC, Raybec Crossing Court, LLC, Raybec Crossing North, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 7th day of May, 2019.


**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_Rachel Bueno_
**RACHEL BUENO, DEPUTY CLERK**


## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My   name   is   _____,   my   date   of   birth   is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.


_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**



LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX 78540-0087



9214 8901 0661 5400 0137 9326 69

**RETURN RECEIPT (ELECTRONIC)**

**C-1682-19-H**

RAYBEC CORSSING NORTH, LLC
7855 GROSS POINT RD. UT F
**SKOKIE, IL 60077**

RETURN SERVICE
REQUESTED

........................................................................................................................................................................................................

CUT / FOLD HERE

Zone 6

........................................................................................................................................................................................................

6"X9" ENVELOPE
CUT / FOLD HERE

........................................................................................................................................................................................................

CUT / FOLD HERE

IMpbCertified8x5Label v1.2.10.0



LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX 78540-0087



9214 8901 0661 5400 0137 9326 45

**RETURN RECEIPT (ELECTRONIC)**

**C-1682-19-H**

RAYBEC CORSSING COURT, LLC
7855 GROSS POINT RD. UT F
**SKOKIE, IL  60077**

RETURN SERVICE
REQUESTED

CUT / FOLD HERE

Zone 6

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v1.2.10.0

051019  JAG:lea: 7200-057 ANS/JD

Electronically Filed
5/10/2019 4:20 PM
Hidalgo County District Clerks
Reviewed By: Iris Ramirez

## CAUSE NO. C-1682-19-H

| | | |
|---|---|---|
| RAQUEL RUTH MORENO | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| BLUESTONE ASSET MANAGEMENT, | § | |
| LLC, RAYBEC CROSSING COURT, LLC | § | |
| and RAYBEC CROSSING NORTH, LLC | § | |
| | § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

## DEFENDANT BLUESTONE ASSET MANAGEMENT, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **BLUESTONE ASSET MANAGEMENT, LLC,** Defendant in the above-entitled and numbered cause, and files this ORIGINAL ANSWER replying to PLAINTIFF'S ORIGINAL PETITION and for same says:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant **BLUESTONE ASSET MANAGEMENT, LLC** enters a general denial and demands that Plaintiff prove her allegations by a preponderance of the evidence.

### NOTICE OF CONSENT TO ELECTRONIC SERVICE

Defendant **BLUESTONE ASSET MANAGEMENT, LLC** consents to electronic service of pleadings, motions, orders, notices, and discovery in this cause *only* when service is completed through eFileTexas.gov, the state-authorized electronic filing manager.

### PRAYER

WHEREFORE, Defendant **BLUESTONE ASSET MANAGEMENT, LLC** prays that Plaintiff recover nothing from it by way of this suit; that this Defendant recover costs of court, and for such other and further relief, both at law and in equity, to which this Defendant may be justly entitled.

Electronically Filed
5/10/2019 4:20 PM
Hidalgo County District Clerks
Reviewed By: Iris Ramirez

051019   JAG:lea: 7200-057 ANS/JD

Respectfully submitted,

**BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____
JOHN A. GUERRA
State Bar No. 08576180
Email: jguerra@brock.law
AMANDA E. CAROLLO
State Bar No. 24080882
Email: acarollo@brock.law

ATTORNEYS FOR DEFENDANT
**BLUESTONE ASSET MANAGEMENT, LLC**

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this ___ day of _____, 2019, to:

Ricardo A. Rodriguez                    Fax No. 956/686-5350
Attorney at Law                         Email: rardzp@gmail.com
7001 N. 10th St., Suite 302
McAllen, Texas 78504

_____
JOHN A. GUERRA
AMANDA E. CAROLLO

Electronically Filed
5/10/2019 4:20 PM
Hidalgo County District Clerks
Reviewed By: Iris Ramirez

051019  JAG:lea: 7200-057 ANS/JD

CAUSE NO. C-1682-19-H

| | | |
|---|---|---|
| RAQUEL RUTH MORENO | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| BLUESTONE ASSET MANAGEMENT, | § | |
| LLC, RAYBEC CROSSING COURT, LLC | § | |
| and RAYBEC CROSSING NORTH, LLC | § | |
| | § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

## DEFENDANT BLUESTONE ASSET MANAGEMENT, LLC'S
## DEMAND FOR JURY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **BLUESTONE ASSET MANAGEMENT, LLC,** Defendant in the above-

entitled and numbered cause, and makes this DEMAND FOR JURY TRIAL.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____
JOHN A. GUERRA
State Bar No. 08576180
Email:  jguerra@brock.law
AMANDA E. CAROLLO
State Bar No. acarollo@brock.law
Email: acarollo@brock.law

ATTORNEYS FOR DEFENDANT
**BLUESTONE ASSET MANAGEMENT, LLC**

051019  JAG:lea: 7200-057 ANS/JD

Electronically Filed
5/10/2019 4:20 PM
Hidalgo County District Clerks
Reviewed By: Iris Ramirez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this _____ day of _____, 2019, to:

Ricardo A. Rodriguez
Attorney at Law
7001 N. 10th St., Suite 302
McAllen, Texas 78504

Fax No. 956/686-5350
Email: rardzp@gmail.com

JOHN A. GUERRA
AMANDA E. CAROLLO

Electronically Filed
5/14/2019 3:34 PM
Hidalgo County District Clerks
Reviewed By: Rachel Bueno

# BROCK ♦ GUERRA
## STRANDMO DIMALINE JONES
### A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

17339 REDLAND ROAD
SAN ANTONIO, TEXAS 78247-2304
(210) 979-0100 TELEPHONE
(210) 979-7810 FACSIMILE

A.J. DIMALINE IV
JOHN A. GUERRA
GREGORY R. HOKENSON
SCOTT P. JONES ♦ ♦ ●
THOMAS A. MAILLOUX II ■
MARK R. STRANDMO ♦
JASON L. WEST ●

ROY C. BROCK (1925-2008)

OF COUNSEL:
CHRISTOPHER M. BLANTON♦
DANIEL J. GUARASCI

BRITTANY K. BARRERA
AMANDA E. CAROLLO
MICHAEL A. DIAL ●
CELIA E. GARCIA
KIMBERLY PAINTER HALL
MICHAEL D. JOY, II
KIMBERLY A. KAYATTA
ROBERT BRAD MCGANN ◊
JAMES E. RAMSEY ◊
FREDERICK 'FRED' SAPORSKY III
BRAD M. STAUBER
ROBERT R. STEARNS ●
VANESSA E. VALDEZ

May 14, 2019

Laura Hinojosa, District Clerk                                    *Via E-Filing*
Hidalgo County Courthouse
100 North Closner
Edinburg, TX 78539

RE:     Cause No. C-1682-19-H; 389th District Court, Hidalgo County, Texas
        Raquel Ruth Moreno vs. Bluestone Asset Management, LLC, et al
        Our File No. 7200-057

Dear Sir/Madam:

We would like to request certified copies of the entire above-referenced file, including the docket sheet. Copies have been paid for through the e-filing system. Please mail the copies to my attention at the above address as soon as possible.

Thank you for your assistance. Do not hesitate to contact our office should you have questions or need anything further.

Sincerely,

BROCK ♦ GUERRA

By:   *Amanda E. Carollo*
      JOHN A. GUERRA
      AMANDA E. CAROLLO



www.brock.law

♦ Board Certified-Civil Trial Advocacy
   National Board of Trial Advocacy
♦ Board Certified-Personal Injury Trial Law
   Texas Board of Legal Specialization

Also Licensed In:
■ Arizona          ◊ California     ⊠ Illinois
● Michigan         ♦ New York       ● Oklahoma
● Pennsylvania